```
UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND
- - - - - - - - - - - - - - - - - - - -x

In re:                                  :

BRUSHY BROOK DEVELOPMENT COMPANY, LLC   :   BK No. 05-13009
              Debtor                        Chapter 7

- - - - - - - - - - - - - - - - - - - -x
```

## ORDER SUSTAINING OBJECTIONS
## TO MOTION FOR RECONSIDERATION

For the reasons given by the Objectors to the Motion for Reconsideration (Doc. #425) filed by Creditor James Ottenbacher and supported by Creditor Charles Fogarty, the objections are SUSTAINED.

Enter Judgment consistent with this Order.

Dated at Providence, Rhode Island this 26th day of June, 2008.

_____
Arthur N. Votolato
U.S. Bankruptcy Judge

Entered on docket: 6/26/2008