```
UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND
- - - - - - - - - - - - - - - - - - - - -x
In re:                                    :

BRUSHY BROOK DEVELOPMENT                  :    BK No. 05-13009
COMPANY, LLC                                        Chapter 7
             Debtor

- - - - - - - - - - - - - - - - - - - - -x
```

### ORDER DENYING MOTION TO DISQUALIFY COUNSEL

James Ottenbacher's Motion to Disqualify counsel for Creditor LR6-A is **DENIED** for the reasons given in LR6-A's Objection, see Doc. Nos. 475, 492, and which are adopted and incorporated herein by reference.

Enter Judgment consistent with this Order.

Dated at Providence, Rhode Island this    5th    day of November, 2008.

                                                    Arthur N. Votolato
                                                  U.S. Bankruptcy Judge

Entered on docket: 11/5/2008